AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

### for the
### Western District of New York

United States of America

**v.**

**VICTOR FRANCISO LUCAS**

_____
*Defendant*

FILED
APR 16 2025
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

Case No. 25-mj- 5101

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### COUNT 1
### (Production of Child Pornography)

Between on or about January 3, 2025 and on or about January 16, 2025, in the Western District of New York, the defendant, VICTOR FRANCISCO LUCAS, did knowingly employ, use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such sexually explicit conduct, which visual depiction was produced using materials that had been mailed, shipped and transported in interstate or foreign commerce by any means, including by computer, and which visual depiction was transported in interstate or foreign commerce.

**All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).**

### COUNT 2
### (Enticement of a Minor)

Between on or about January 3, 2025 and on or about January 16, 2025, in the Western District of New York, the defendant, VICTOR FRANCISCO LUCAS, using facilities and means of interstate and foreign commerce, that is, a cellular telephone and the internet, did knowingly persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce Minor Victim 1, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense.

**All in violation of Title 18, United States Code, Sections 2422(b).**

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

_Complainant's signature_

DANIEL EDWARDS
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Sworn to telephonically and signed electronically.

Date:  April 16, 2025

_Judge's signature_

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE

City and State:  Buffalo, New York

2

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

STATE OF NEW YORK    )
COUNTY OF ERIE        )    SS:
CITY OF BUFFALO       )

     I, **DANIEL B. EDWARDS**, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

     1.     I am a Special Agent of the Federal Bureau of Investigation ("FBI") and entered on duty in October 2019. I am currently assigned to the Buffalo Field Office Child Exploitation Task Force ("CETF"), which targets individuals involved in the sexual exploitation of children and adults, as well as human trafficking offenders. As such, I am a law enforcement officer of the United States, within the meaning of Title 18, United States Code, Section 115(c)(1), who is "authorized by law or by Government agency to engage in or supervise the prevention, detention, investigation or prosecution of any violation of Federal criminal law." As a Special Agent assigned to the CETF, I have participated in investigations of persons suspected of violating federal child exploitation, child pornography, and human trafficking laws, including the drafting and execution of search and arrest warrants. I have participated in multiple investigations in which criminals used computer, cellular telephone, and other mobile communication technology to victimize children and adults, as well as communicate with their associates and undercover officers. I work with experienced FBI Special Agents and Task Force Officers, and I have consulted with numerous law enforcement officers experienced in child exploitation investigations. I have also participated in FBI mandated and voluntary training for these matters. Additionally, your Affiant served

a 24-month service mission for the Church of Jesus Christ of Latter-Day Saints in Los Angeles California speaking Spanish for approximately 18 of the 24 months. Your Affiant also majored in Latin American Studies and is familiar with Latino cultures and languages. During your Affiant's studies and mission experience, your Affiant became familiar with Mexican culture and accents.

2.      I make this affidavit in support of a criminal complaint charging **VICTOR FRANCISCO LUCAS** (hereinafter "**LUCAS**"), date of birth XX/XX/1993, with violation of Title 18, United States Code, Sections 2251(a) [Production of child pornography] and Title 18, United States Code, Section 2422(b) (Enticement of a Minor).

3.      The statements contained in this affidavit are based on my involvement in this investigation, as well as information provided to me by other law enforcement personnel, my training and experience, and the review of documents and records.  Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts necessary to establish probable cause to believe that **LUCAS** violated Title 18, United States Code, Sections 2251(a) and 2422(b). Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## PROBABLE CAUSE

### Initial Report & Investigation

4.    On or about January 16, 2025, the mother of minor victim (hereinafter, "Minor Victim 1"), called the National Threat Operations Center ("NTOC") to report online grooming of Minor Victim 1. Minor Victim 1, date of birth XX/XX/2012, was approximately 12 years old throughout the events described below and resided at all times outside the state of New York. Minor Victim 1's mother looked through Minor Victim 1's cellular phone and found a number for an unknown individual using telephone number 716-473-2033 (hereinafter "2033"). The 2033 number was communicating with Minor Victim 1 originally through the application "TikTok." During the initial communications, the user of 2033 and Minor Victim 1 exchanged phone numbers and communicated using text message and Facetime, which is a livestream video communication method via Apple iPhones.

5.    During the communications, 2033 told Minor Victim 1 he was approximately 12 or 13 years old. According to the mother of Minor Victim 1, 2033 requested and induced Minor Victim 1 to send nude photos of Minor Victim 1 to him. The mother of Minor Victim reported that Minor Victim 1 produced nude photos of herself at the direction of 2033, however due to the parental controls on her device or account Minor Victim 1 could not send the photos to 2033. According to the initial report provided by Minor Victim 1's mother, the dialogue between Minor Victim 1 and 2033 was sexually explicit and 2033 requested to see Minor Victim 1's "tits" and do things to her vagina. Based on the call logs on Minor Victim 1's phone, it appeared the contact began approximately January 03, 2025.

6.     On March 20, 2025, Minor Victim 1 was forensically interviewed by trained federal forensic interviewers. I have reviewed video of this interview. During the course of the interview, Minor Victim 1 stated she found 2033 originally on TikTok and 2033 said he was 13 years old and lived in New York. Minor Victim 1 stated she told 2033 she was 11 or 12 years old. 2033 and Minor Victim 1 engaged in at least two nude video Facetime calls. During the calls, 2033 never showed his face and never spoke. During the calls, Minor Victim 1 displayed her vagina and breasts. During the calls, Minor Victim 1 observed 2033 display his penis.

7.     Minor Victim 1 provided screenshots of the chat between 2033 and Minor Victim 1 to the FBI. Within the chats, 2033 sent multiple photos to Minor Victim 1 of a juvenile male approximately 13 years old. Within the chats, 2033 sent messages stating:

- "you have a perfect body, I love your tits, your pussy, the beauty of your pussy, the sexiest thing."

- "If you can send me a full body nude photo my love to dream about you and have you in my thoughts every night."

- "Send me a photo of your pussy my love I want to see how red and wet it got."

8.  During this conversation, Minor Victim 1 sent messages to 2033 stating:

- "I'll show you more tomorrow," and

- "I loved your dick juice that came out" and

- "So sexy."

9.    In response to messages from Minor Victim 1, 2033 shared two emojis of water droplets together with an eggplant as shown below, with the 2033 messages on the left in black and Minor Victim 1's messages on the right in blue:



10.    As reproduced below, 2033 also stated to Minor Victim 1:

- "Try to send more photos, my love" and

- "I want to see your pussy. It's beautiful."

11.    2033 then sent a photo which cannot be observed due to a disclaimer on the photo stating, "This may be sensitive". After the alleged sensitive image was sent, 2033 stated:

- "Yes my love send me more you like to see my penis how hard you make me when I see your pussy."

- "Hey my love, and you've already stuck a brush in your pussy when you're horny thinking it's a penis" as shown below:



Identifying the 2033 Number

12.    Open source research identified a WhatsApp and X (formerly Twitter) account associated with the 2033 number. Subpoenaed records identified four X accounts associated with the 2033 number along with IP logs, including IP address 50.48.137.5 (accessed by 2033 on 1/21/2025 and 1/22/2025).

13.    Frontier Communications provided records demonstrating that the IP Address was subscribed to a Dairy Farm in Geneseo, New York.

14.    Apple, Inc. subscriber records demonstrated that the 2033 number was tied to accounts registered to variations of the defendant's name, **VICTOR FRANCISCO LUCAS**, and to the same address as the Dairy Farm in Geneseo, New York.

15.    Your affiant is aware that the communications described herein were produced and transmitted over the internet and produced and transmitted using cellular telephones that were mailed, shipped or transported in interstate or foreign commerce.

Interview of Defendant

16.    On April 15, 2025, Agents of Buffalo FBI CETF traveled to the Dairy Farm in Geneseo, NY.  The owners confirmed that the Dairy Farm has a password protected WIFI system that can be accessed by the Dairy Farm workers.  Further, the Dairy Farm owners confirmed that the 2033 number belonged to the defendant, **VICTOR FRANCISCO LUCAS**,  who lived on site and worked at the farm.

17.    Your Affiant requested the farm owners ask **LUCAS** to come to meet your affiant.    Your affiant speaks Spanish fluently.    **LUCAS** arrived at the centrally located farmhouse and agreed to speak with your affiant sitting at the kitchen table.    **LUCAS** was not in handcuffs or otherwise restrained.   Your Affiant displayed FBI credentials to **LUCAS** and informed him we were there to ask him some questions regarding some of his phone activity.   Your affiant asked to speak privately with **LUCAS** since it involved his personal information.

18.    **LUCAS** confirmed his full name was **VICTOR FRANCISCO LUCAS**. **LUCAS** provided 2033 as his telephone, and date of birth of XX/XX/1993. During the course of the interview, **LUCAS** informed your Affiant he uses the farm WIFI and has used 2033 since approximately 2017. **LUCAS** informed your Affiant he is always curious about and talking about sex and uses applications such as Telegram, WhatsApp and Snapchat to chat with individuals about sex. **LUCAS** told your Affiant he has spoken with minors before over digital applications and has sent images of his penis to many individuals to include minors. On Telegram he has received nude images and videos of minors and individuals under 18 and as young as approximately four years old.

19.    **LUCAS** provided consent for Agents to review the contents of his device and his applications. Your Affiant observed the phone was password protected and asked **LUCAS** if he would be willing to provide the password or PIN to his device. **LUCAS** agreed and provided the password to his phone. Agents went into the settings for the phone and confirmed the 2033 number as the device phone number.

20.     LUCAS was shown a printout of the chats between LUCAS and Minor Victim 1. The screenshot included a photo of Minor Victim 1. When asked whether LUCAS recognized Minor Victim 1, LUCAS confirmed he recognized Minor Victim 1 but could not recall her name.   LUCAS told your Affiant that Minor Victim 1 told him she was approximately 11 or 13 years old. Your Affiant asked LUCAS how he communicated in English with Minor Victim 1 and other individuals he chatted with. LUCAS said he used a translator app that he had on his phone.

21.     LUCAS was shown a screenshot of his chat with Minor Victim 1 with images depicting the juvenile male approximately 13 years old.

22.     LUCAS informed your Affiant that he told Minor Victim 1 that LUCAS was approximately 14 years old and LUCAS would find photos on Facebook and use those photos in his chats. LUCAS did not know the juvenile male in the photos and LUCAS believed that he found those photos he shared on Facebook.

23.     LUCAS advised your Affiant that he chatted with Minor Victim 1 on TikTok and he shared his phone number with Minor Victim 1 so they could text and FaceTime. LUCAS advised he shared photos of the farm with Minor Victim 1 to try to develop more confidence and trust with Minor Victim 1 because he knew she liked those photos.

24.     LUCAS informed your Affiant he and Minor Victim 1 used Facetime approximately one time and Minor Victim 1 showed LUCAS her vagina and was touching and moving her vagina during the video Facetime call. LUCAS stated that Minor Victim 1's

anus was possibly visible as well. LUCAS did not speak during the Facetime call because he did not want to give his voice away and kept his video off.

25.    **LUCAS** informed your Affiant at some point during the conversations, **LUCAS** was discovered and was unsure whether it was Minor Victim 1's mother or father, but the person informed **LUCAS** they were going to report him. Upon being discovered, **LUCAS** informed your affiant he deleted his TikTok and deactivated his Facetime app. **LUCAS** did not recall sending nude photos or photos of his penis to Minor Victim 1 but has sent them to other individuals in the past. **LUCAS** informed your Affiant it is possible **LUCAS** sent an image of his penis to Minor Victim 1 using TikTok because TikTok had blocked his account before he deleted it and they have strict rules regarding sending these kinds of photos.

26.    Your Affiant showed a screenshot to **LUCAS** which depicted a portion his chats with Minor Victim 1 as shown below:



27.     Your Affiant reviewed the text with **LUCAS** and provided a summary translation for the English text messages written by **LUCAS**. **LUCAS** informed your Affiant he recalled asking Minor Victim 1 to touch her pussy and to have Minor Victim 1 send **LUCAS** photos of her vagina.

28.     **LUCAS** was informed that due to the nature of the conversations he was having with Minor Victim 1 and contents found during a cursory consent search of his device, he was going to be arrested. Miranda rights were then read in Spanish to **LUCAS** and **LUCAS** was provided with a Miranda form in Spanish for his review. **LUCAS** reviewed and stated that he understood and signed the form.

11

<u>Defendant's Immigration Status</u>

29.     **LUCAS** admitted that he was originally from Mexico, and that he did not have legal status to be in the United States. **LUCAS** informed your Affiant that he was not a citizen and did not have documentation. When questioned regarding his social security card, he informed your Affiant he had obtained a social security card but that it was fake. **LUCAS** informed your Affiant that he no longer had the social security card and only had a Mexican passport.

30.     Upon the conclusion of the interview, **LUCAS** advised that your Affiant spoke Spanish very well. When your Affiant asked **LUCAS** whether he was able to understand the Affiant's questions and comprehend the nature of the questioning, **LUCAS** advised your Affiant he understood and knew one day this kind of conversation would happen since he had been discovered. He advised your Affiant the Agents treated him respectfully and as gentleman.

## CONCLUSION

31.    Based upon the foregoing, I respectfully submit that there is probable cause to believe that **VICTOR FRANCISCO LUCAS** knowingly violated Title 18, United States Code, Sections 2251(a) and 2422(b). It is respectfully requested that this Court issue the requested criminal complaint.


**DANIEL B EDWARDS**
Special Agent
Federal Bureau of Investigation


Sworn to and subscribed telephonically
this 16th day of April 2025.


HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE

13